ML:MWG
F.#2019R01267

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF
THE EXTRADITION OF
ROBERT SIENKIEWICZ

**TO BE FILED UNDER SEAL**

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF APPLICATION FOR ARREST WITH
A VIEW TOWARDS EXTRADITION

(18 U.S.C. § 3184)

19-MJ-859

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

I, Michael W. Gibaldi, being duly sworn, depose and state that I am an Assistant United States Attorney with the United States Attorney's Office for the Eastern District of New York, and represent the United States in fulfilling its extradition treaty[1] obligations to Poland with respect to the fugitive ROBERT SIENKIEWICZ.

In accordance with Title 18, United States Code, Section 3184, I charge, on information and belief, as follows:[2]

---

[1] See Extradition Treaty Between the United States of America and the Republic of Poland, U.S.-Pol., July 10, 1996, S. Treaty Doc. No. 105-13 (1997) and the Agreement Between the United States of America and the Republic of Poland on the application of the Extradition Treaty Between the United States of America and the Republic of Poland signed 10 July 1996, U.S.-Pol., June 9, 2006, S. Treaty Doc. No. 109-14 (2006).

[2] Because the purpose of this Complaint is to establish only probable cause to arrest, I have not set forth a description of all of the facts and circumstances of which I am aware.

1. <u>Foreign Conviction</u>. On February 27, 1999, the Regional Court in Lomza, Poland, affirmed the fugitive ROBERT SIENKIEWICZ'S conviction for extorting money from the co-owners of a motel in violation of Article 282 and Article 12 of Poland's Penal Code of 1997.[3] The fugitive ROBERT SIENKIEWICZ has seven months and nine days remaining on his eighteen month sentence. The offenses for which the fugitive ROBERT SIENKIEWICZ was convicted were committed within Poland's jurisdiction.

2. <u>Foreign Arrest Warrant</u>. The District Court for Lomza, Poland, issued a warrant for the fugitive ROBERT SIENKIEWICZ'S arrest on July 14, 2010.

3. <u>Extradition Request</u>. Pursuant to the Treaty, Poland has submitted a formal request through diplomatic channels for the extradition of the fugitive ROBERT SIENKIEWICZ. Michael N. Jacobsohn, an Attorney Adviser in the Office of the Legal Adviser for the Department of State, has provided the U.S. Department of Justice with a declaration authenticating a copy of the diplomatic notes by which extradition was made and a copy of the applicable provisions of the Treaty, stating that the offenses for which extradition is demanded are provided for by the Treaty, and confirming that the documents supporting the request for extradition have complied with the Treaty's authentication requirements. The declaration from the U.S. Department of State with its attachments, including a copy of the diplomatic notes from Poland, a copy of the Treaty, and the certified

---

[3] The Lomza District Court convicted the fugitive ROBERT SIENKIEWICZ on additional charges of extortion against other individuals. However, the conviction for those additional offenses was not affirmed by the Lomza Regional Court and extradition is not sought for those additional offenses. It should also be noted that the Lomza District Court applied the former extortion statute, Article 211 of the old Polish Penal Code, whereas the Lomza Regional Court applied the more recent extortion statute, Article 282 of the Penal Code of 1997.

documents submitted in support of the request (marked collectively as Government's Exhibit A) are filed with this complaint and incorporated by reference herein.

      4.    <u>Facts Underlying Foreign Conviction</u>.   According to Poland, the fugitive ROBERT SIENKIEWICZ and an accomplice, Slawomir Warnajtys ("Warnajtys"), were convicted of extorting 2,800 PLN from the co-owners of a motel by threatening physical violence and the destruction of the motel if they were not paid.   A more detailed summary is provided below.

      a.    Victim-1 and Victim-2 were the co-owners of the Duke Motel in Lomza, Poland.   In 1995, while Victim-2 was in the United States, Victim-1 ran and managed the motel on his own.[4]

      b.    In the Spring of 1995, there were a series of brawls at the Duke Motel.   Victim-1 surmised that Marek Sienkiewicz, the brother of the fugitive ROBERT SIENKIEWICZ, was behind the violence, and so Victim-1 called Marek Sienkiewicz. Marek Sienkiewicz told Victim-1 that every establishment in Lomza paid a certain amount of money for his benefit and the benefit of "General," which referred to Warnajtys.

      c.    Some days later, Marek Sienkiewicz informed Victim-1 that Victim-1 would need to pay 1,000 PLN monthly or there would be more brawls at the motel, and the motel could even be destroyed or burnt.   Victim-1, in fear of his health and property, paid the 1,000 PLN to Marek Sienkiewicz in July, August and September 1995.   Marek Sienkiewicz then insisted he should be employed legally "in black and white," and so

---

[4] The names of Victim-1, Victim-2 and Witness-1 are included in Exhibit A. The government requests that the Court order Exhibit A to remain under seal to the public even after this Complaint is unsealed to maintain the privacy of these individuals.   The government will provide the sealed documents to the fugitive if he signs a protective order.

3

Victim-1 agreed to employ him.   Marek Sienkiewicz also asked Victim-1 to employ his brother, the fugitive ROBERT SIENKIEWICZ, and Victim-1 agreed.

       d. When the co-owner of the motel, Victim-2, came back to Poland, he decided that no protection of the motel was needed.   However, in February 1996, the fugitive ROBERT SIENKIEWICZ and Warnajtys came to the motel and demanded that Victim-1 pay them collectively 600 PLN per month, or else they would destroy the motel and there would be further disturbances requiring frequent police intervention.   Victim-1 paid the demanded amounts of money in the months of February, March and April 1996, for a total of 1,800 PLN.   Victim-1 then decided to depart to Germany, leaving Victim-2 to run the motel.

       e. Victim-2 refused to continue paying for protection.   However, in September 1996, the fugitive ROBERT SIENKIEWICZ and Warnajtys came to the motel and went to a room behind the bar with Victim-2.   There, the fugitive ROBERT SIENKIEWICZ and Warnajtys demanded 1,800 PLN for protection of the premises. Victim-2, under threat, paid them 1,000 PLN, which is all he had.   In the days that followed, Victim-2 was severely beaten in the motel.

       f. The evidence of the foregoing acts of extortion include, among other things, the testimony of the victims, Victim-1 and Victim-2, as well as the corroborating testimony of Witness-1.   Witness-1 was a bartender at the Duke Motel, and she testified that she heard the fugitive ROBERT SIENKIEWICZ and Warnajtys threaten to burn the motel if Victim-2 did not pay them.

5. <u>ROBERT SIENKIEWICZ's Presence in the United States.</u> The fugitive ROBERT SIENKIEWICZ was present for some or all of the court proceedings against him but subsequently fled to the United States. A records search indicates that the fugitive ROBERT SIENKIEWICZ resides within the Eastern District of New York at a certain address on North Henry Street, Brooklyn, New York.

WHEREFORE, the undersigned requests that a warrant for the arrest of the fugitive ROBERT SIENKIEWICZ be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Poland. I further request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the fugitive an opportunity to flee or continue flight from prosecution and change patterns of behavior.

RICHARD P. DONOGHUE
United States Attorney

By: _____
Michael W. Gibaldi
Assistant United States Attorney
718-254-6067

Sworn to before me this
26th day of September, 2019

_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK